# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD



FILED
APR - 4 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 1:25-cr-00056

  18 U.S.C. § 641

**APRIL ELICK**

## I N F O R M A T I O N

The United States Attorney Charges:

From on or about March 23, 2021, through on or about May 3, 2022, in Bluefield, Mercer County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant APRIL ELICK knowingly and willfully stole, purloined, and converted to her own use things of value belonging to the United States to wit: proceeds from a Small Business Administration Economic Injury Disaster Loan in an amount greater than $1,000.00.

All in violation of Title 18, United States Code, Section 641.

### Notice of Forfeiture

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, upon conviction of the offense in violation of 18 U.S.C. § 641 and as set forth in the Information, defendant APRIL ELICK shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

The property to be forfeited includes, but is not limited to, a money judgment in the amount of at least $97,802.59, such amount constituting the proceeds of violations set forth in this Information.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
J. PARKER BAZZLE, II
Assistant United States Attorney